**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF OAKLAND, A Municipal Corporation, *Plaintiff-Appellee*, v. WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A., *Defendants-Appellants*. | No. 19-15169 D.C. No. 3:15-cv-04321-EMC ORDER |

Filed April 20, 2021

---

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Christen, Watford, Owens, Friedland, Bennett, and Collins did not participate in the deliberations or vote in this case.